UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

LYNN WOODLEY,

                        Plaintiff,                              **RESCHEDULING ORDER**

      - against -

                                               24 Civ. 4864 (ER)

CITY OF NEW YORK, *et al.*,

                     Defendants.

-----------------------------------------------------------------x

The telephonic premotion conference, previously scheduled for November 21, 2024, **is hereby**

**rescheduled for December 3, 2024, at 2:30 p.m.**  The parties are instructed to call (855) 244-8681

and enter access code 2301 087 7354# when prompted.

Dated:  New York, New York
       November 25, 2024

                                  _____
                                   Edgardo Ramos, U.S.D.J.