UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

LYNN WOODLEY,

                                     Plaintiff,    **DEFENDANTS' NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

-against-

THE CITY OF NEW YORK, HARLEM HOSPITAL    No. 24-CV-04864 (ER)(KHP)
CENTER AUXILIARY, INC, NEW YORK CITY HEALTH
& HOSPITALS CORPORATION D/B/A NYC HEALTH +
HOSPITALS, APRIL JOHNSON and NICOLE PHILLIPS,
individually,

**MEMO ENDORSED**

                                  Defendants.

-------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, dated February 14, 2025, and upon all the papers and proceedings previously had herein, the undersigned will move this Court, before the Hon. Edgardo Ramos, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, on a date and time to be determined by the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint in its entirety on the grounds that, as a matter of law, the Complaint fails to adequately state a claim upon which relief can be granted, and for further relief as the Court may deem just and proper.

---

Plaintiff's opposition to Defendant's motion to dismiss is due March 11, 2025. Defendant's reply to Plaintiff's opposition to Defendant's motion to dismiss is due March 18, 2025.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: February 18, 2025
New York, New York

Dated: New York, New York
       February 14, 2025

                                        **MURIEL GOODE-TRUFANT**
                                        Corporation Counsel of the
                                          City of New York
                                        Attorney for Defendants
                                        100 Church Street, Room 2-183
                                        New York, New York 10007
                                        (212) 356-2533

                           By: _____
                                        Yi Liu, Esq.
                                        Assistant Corporation Counsel
                                        yil@law.nyc.gov

To:     via ECF
          L & D Law, P.C.
          Liggieri & Dunisha
          11 Broadway, Suite #615
          New York, NY 10004