UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LYNN WOODLEY,

                Plaintiff,

-against-                                      24 CIVIL 4864 (ER)

## JUDGMENT

THE CITY OF NEW YORK, HARLEM HOSPITAL CENTER AUXILIARY, INC., NEW YORK CITY HEALTH AND HOSPITALS CORPORATION D/B/A NYC HEALTH + HOSPITALS, APRIL JOHNSON, and NICOLE PHILLIPS,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 23, 2025 the City's motion to dismiss the ADA claims is GRANTED with respect to all defendants. The NYSHRL and NYCHRL claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      July 24, 2025

                                                      TAMMI M. HELLWIG

                                                        **Clerk of Court**

                            **BY:**

                                                       **Deputy Clerk**